UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-8154-BER

UNITED STATES OF AMERICA

v.

GREGORIO VELASQUEZ-UMANZOR,
    a/k/a Gregorio Velasquez-Velasquez,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

                                            Respectfully submitted,

                                            MARKENZY LAPOINTE
                                            UNITED STATES ATTORNEY

By: _____
      Robin W. Waugh
      Assistant United States Attorney
      FLA Bar No. 0537837
      500 South Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561)820-8711
      Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GREGORIO VELASQUEZ-UMANZOR,<br>a/k/a Gregorio Velasquez-Velasquez,<br>Defendant | ) ) ) ) Case No. 23-MJ-8154-BER ) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of  March 20, 2023,  in the county of  Palm Beach  in the Southern District of Florida , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(2) | Illegal Re-entry After Removal or Deportation |

FILED BY ___TM___ D.C.

Mar 20, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, TFO, DHS-HSI
_____
Printed name and title

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: _____

Bruce Reinhart
Digitally signed by Bruce Reinhart
Date: 2023.03.20 15:01:04 -04'00'
_____
Judge's signature

City and state:   West Palm Beach, Florida        Bruce E. Reinhart, U.S. Magistrate Judge
_____
Printed name and title

23-8154-BER

# AFFIDAVIT
# OF
# ANDY KORZEN
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen (Affiant), being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Gregorio VELASQUEZ-UMANZOR (VELASQUEZ-UMANZOR), also known as Gregorio Velasquez-Velasquez, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about March 13, 2023, your Affiant was notified of an investigation by the Palm Beach County Sheriff's Office, Special Investigation Division relating to VELASQUEZ-UMANZOR. The investigation involved VELASQUEZ-UMANZOR's alleged inappropriate sexual in nature contact with a minor. VELASQUEZ-UMANZOR is believed to be residing in West Palm Beach, Florida. Preliminary investigation revealed that VELASQUEZ-UMANZOR was previously removed from the United States after serving sentence for sex offense with lifetime sex offender registration.

1

23-8154-BER

4. Records show that on or about April 24, 1997, in the 64th District Court of Hale County, Texas, VELASQUEZ-UMANZOR was convicted of the offense of aggravated sexual assault, for which he was sentenced to nine years confinement in the Institutional Division of the Texas Department of Criminal Justice, case number A12467-9608.

5. A review of the immigration records shows that VELASQUEZ-UMANZOR is a native and citizen of El Salvador. Further, on or about March 6, 2003, VELASQUEZ-UMANZOR was ordered removed. The Order of Removal was executed on or about May 26, 2006, whereby VELASQUEZ-UMANZOR was removed from the United States and returned to El Salvador.

6. A record check was performed in the Computer Linked Application Informational Management System to determine whether Gregorio VELASQUEZ-UMANZOR filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Gregorio VELASQUEZ-UMANZOR obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. On March 20, 2023, at approximately 5:30 AM, ICE officers established surveillance near an identified residence located in West Palm Beach, Florida, Southern District of Florida, in which it was believed Gregorio VELASQUEZ-UMANZOR resided.

8. At approximately 6:45 AM, a 4-door Toyota Corolla sedan arrived at the residence. An individual, matching the description and likeness of Gregorio VELASQUEZ-UMANZOR, exited the residence and entered the front passenger side of the vehicle. The vehicle departed and ICE officials maintained surveillance of the vehicle and its occupants.

23-8154-BER

After few blocks, ICE officers executed a vehicle stop and confirmed the identity of the passenger as Gregorio VELASQUEZ-UMANZOR. At the time of the traffic stop, Gregorio VELASQUEZ-UMANZOR possessed an identification, purportedly issued by the government of El Salvador, in the name of Gregorio Velasquez-Velasquez, with a different date of birth than the date of birth known to Immigration officials. VELASQUEZ-UMANZOR was detained and transported for Immigration processing and fingerprinting.

9. On or about March 20, 2023, VELASQUEZ-UMANZOR's fingerprints were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Gregorio VELASQUEZ-UMANZOR. Further, a second Computer Linked Application Informational Management System record check was performed, and no record was found to exist indicating that Gregorio VELASQUEZ-UMANZOR, a/k/a Gregorio Velasquez-Velasquez, obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about March 20, 2023, Gregorio VELASQUEZ-UMANZOR, an alien who has previously been deported and removed from the United States, was found in the United States without having

23-8154-BER

received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of March 2023.

Bruce Reinhart
Digitally signed by Bruce Reinhart
Date: 2023.03.20 15:01:29 -04'00'
_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: GREGORIO VELASQUEZ-UMANZOR, a/k/a Gregorio Velasquez-Velasquez

**Case No**: 23-MJ-8149-BER

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a), (b)(2)

* **Max. Term of Imprisonment:** 20 years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years' supervised release
* **Max. Fine:** $250,000 fine

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.